# United States District Court
## CRIMINAL MINUTES - SENTENCING

| | | | |
|---|---|---|---|
| Time Commenced | 1:06 pm | Case No. | 3:21-cr-00065-MCR |
| Time Concluded | 1:52 pm | Date | July 25, 2023 |

**DOCKET ENTRY:  SENTENCING HEARING for CHRISTOPHER E HOFFMAN:**
Sentence imposed as to Counts 1, 3, 4: Custody of BOP for a total term of **LIFE**; Supervised Release for LIFE; fine waived; restitution deferred for 90 days, JTVA waived, AVAA $1,000 and SMA of $300 (due immediately). Counts 2, 5 are dismissed on Govt motion. DEFT remanded to custody of U.S. Marshal. Preliminary Order of Forfeiture (doc. #56).  SEE FORMAL JUDGMENT.

PRESENT:   HONORABLE   **M. CASEY RODGERS**   U.S. DISTRICT JUDGE

| Walter Narramore | Phylicia Dancy | Donna Boland | Barbara Rogers |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

| **USA v DEFENDANT LISTED BELOW** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| (1) **CHRISTOPHER E HOFFMAN** | (1) **LAUREN COBB** |
| ✓ Present  ✓ Custody  __ O/R | ✓ Present  ✓ Appointed  __ Retained |

**PROCEEDINGS:**

✓ DEFT has read the presentence investigation (PSR) report and has discussed it with his attorney.

✓ DEFT adjudicated Guilty of Counts:  1, 3, 4    SENTENCE IMPOSED:

✓ DEFT remanded to the custody of the Bureau of Prisons on Counts:

      1 imprisonment for a term of LIFE
      3 imprisonment for a term of 240 months
      4 imprisonment for a term of 240 months

with credit for time served. Said sentences to run concurrently with each other and concurrent with any yet-to-be imposed sentences in Santa Rosa County Circuit Court case numbers 2021-CF-788 and 2021-CF-767. Court designates state facility for serve of sentence.

✓ Court recommends place of incarceration at or near: FCI Marianna, FL

✓ Additional recommendations:

    __ Residential Drug Abuse Program (RDAP) while in custody of BOP
    __ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
    __ Deft identified as needing substance abuse treatment both during incarceration and at a reentry center.
    __ Complete GED classes.
    __ Mental Health Evaluation and/or Treatment while in the custody of BOP.
    ✓ Sex Offender Treatment Programming.
    __ Cognitive Behavioral Therapy Programming.
    __ Other:

✓ FINE PAYMENT:  ✓ Fine: waived  ✓ JVTA Fine: waived  ✓ SMA of $300, due immediately
                                           ✓ AVAA: $1,000  ✓ Restitution: Deferred for 90 days

# SENTENCING MINUTES CONTINUED

**S/R or PROBATION. DEFT is under:**

✓ Supervised Release for a total period of LIFE (as to all counts, to run concurrently)

___ Probation for a period of ___ years.

___ Home Detention of ___ months w/following conditions:

**With the following special conditions or modifications:**

___ DEFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Deft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.

___ DEFT shall submit to testing for the use of illegal controlled substances or alcohol to excess.

___ DEFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process. Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program

___ DEFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.

___ DEFT shall participate in a program of mental health treatment.

___ DEFT shall provide requested financial information to the U.S. Probation Officer.

___ DEFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.

___ DEFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments

___ DEFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied

___ DEFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.

___ DEFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.

✓ ADDITIONAL TERMS: See formal judgment for all conditions including sex offender conditions.

**Custody Status:**

✓ DEFT committed to the custody of the U.S. Department of Justice.

___ DEFT to surrender to USMS or designated institution at his/her own expense no later than ___ on ___.

___ DEFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: ___.

___ DEFT is released after meeting with Probation Officer.

**Other:**

✓ Bench Trial Verdict Date: September 6, 2022

✓ Remaining counts 2, 5 are dismissed on Government motion.

✓ Court informs Deft of right to appeal.

___ Deft requests that the Clerk of Court file a notice of appeal on his/her behalf.

___ DEFT addresses the Court.

___ NO FORFEITURE     ✓ PRELIMINARY ORDER OF FORFEITURE entered on 7/13/23 (doc. #56)