# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Case No. 3:21cr65/MCR

**CHRISTOPHER E. HOFFMAN**

_____

## GOVERNMENT'S NOTICE REGARDING MATTERS OF RESTITUTION

The United States of America, by and through the undersigned Assistant United States Attorney for the Northern District of Florida, respectfully informs this Court that the final matters of restitution have been resolved by the parties. As such, the government requests the Court order restitution as noted below. Lauren Cobb, Esq., counsel for the defendant, after consultation, agrees with the filing of this notice:

1. **CinderBlockBlue** series- $3000
   Checks payable to:
   "Marsh Law Firm PLLC in trust for Jane" (please include "ATTN: Jane" in the memo line of the check)

   Payments can be mailed to:
   Marsh Law Firm PLLC
   ATTN: Jane
   PO Box 4668 #65135
   New York, NY 10163-4668

2. **Jenny** series - $3000
   Checks payable to:
   "Marsh Law Firm PLLC in trust for Jenny" (please include "ATTN: Jenny" in the memo line of the check)

   Payments can be mailed to:
   Marsh Law Firm PLLC
   ATTN: Jenny
   PO Box 4668 #65135
   New York, NY 10163-4668

3. **At School** series - $3000
   Checks payable to:
   "Carol L. Hepburn I/T/F Violet"

   Payments can be mailed to:
   Carol Hepburn
   POB 17718
   Seattle, WA 98127

4. **Best Necklace** series -$3000
   Checks payable to:
   "Carol L. Hepburn I/T/F Maria"

   Payments can be mailed to:
   Carol Hepburn
   POB 17718
   Seattle, WA 98127

5. **HG1** series - $3000
   Checks payable to:
   "Jones Day in trust of Lily"

   Payments can be mailed to:
   Jones Day
   Attn: Danielle Kunkel
   500 Grant Street, Suite 4500
   Pittsburgh, PTA 15219-2514


6. **Motherful20121** series - $3000
   Checks payable to:
   "Tim and Patty Williams"

   Payments mailed to:
   C/O Clerk of Court


7. **Tara** series - $3000
   Checks payable to:
   "Sherri Jackson for Tara"

   Payments mailed to:
   C/O Clerk of Court


8. **Sweet White Sugar** series - $4000
   Checks payable to:
   "Deborah A. Bianco, in trust of Pia"

   Payments mailed to:
   Deborah Bianco
   PO Box 6503
   Bellevue, WA 98008

3

9. **Vicky** series - $3000
   Checks payable to:
   "Carol L. Hepburn I/T/F Lily"

   Payments mailed to:
   Carol Hepburn
   POB 17718
   Seattle, WA 98127

   Respectfully submitted, [1]

   JASON R. COODY
   United States Attorney

   */s/ David L. Goldberg*
   DAVID L. GOLDBERG
   Assistant United States Attorney
   Member of the Maryland Bar
   21 E. Garden Street, Suite 400
   Pensacola, FL 32501-5603
   850/444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been furnished via electronic filing to Lauren Cobb, Esq., counsel for defendant, this 31st day of August, 2023.

   */s/ David L. Goldberg*
   DAVID L. GOLDBERG
   Assistant United States Attorney

---

[1] The parties defer to the Court as to whether an Order of Restitution or an Amended Judgment is entered.